CAUSE NO. 2013-CR-2894

STATE OF TEXAS                    *  IN THE DISTRICT COURT
                                  *
                                  *
vs.                               *  227th JUDICIAL DISTRICT
                                  *
                                  *
HECTOR RAMIREZ                     *  BEXAR COUNTY, T E X A S

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 8:14:16 PM
KEITH E. HOTTLE
Clerk

_____
      REQUEST FOR EXTENSION FOR TIME TO FILE RECORD

      I, ERMINIA UVIEDO, Auxilary Court Reporter for the County of Bexar, State of Texas, do hereby state that I have contacted the attorney for Hector Ramirez and relayed how much payment would be for the record of November 12, 2013, in the above styled cause.  I have prepared the record and it is complete.  Although, I have not yet received payment of said record.

      I also would like to state that I did not take the habeus corpus hearing on the above styled and numbered cause.  The only record I took in this case was for November 12, 2013.


                          /s/ ERMINIA UVIEDO, RMR, CRR, CSR
                          _____
                          ERMINIA UVIEDO, RMR, CRR, CSR
                          Commission Expires:  12-31-2016